IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00402-M

| | |
|---|---|
| UNITED STATES on behalf of and for the use and benefit of WAYNE J. GRIFFIN ELECTRIC, INC., and WAYNE J. GRIFFIN ELECTRIC, INC., a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CADDELL CONSTRUCTION CO. (DE), LLC, a Delaware Limited Liability Company, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois Corporation, and ZURICH AMERICAN INSURANCE COMPANY<br><br>Defendants. | ORDER |

This matter comes before the court on Defendant Caddell Construction Co. (DE), LLC's ("Caddell") Motion to Stay Action and Compel Arbitration [DE 14]. Plaintiff's claims against Caddell arise out of contractual obligations subject to a written binding arbitration agreement involving interstate commerce and are, therefore, governed by the Federal Arbitration Act. Caddell asserts that Plaintiff's claims against the other Defendants are payment bond claims that depend on the outcome of the arbitrable contract claims against Defendant Caddell. Since the filing of the motion, the parties have reached an agreement to resolve Plaintiff's claims against Defendant Caddell through binding arbitration.

It appears that the requirements of the Federal Arbitration Act for a stay of this action pursuant to 9 U.S.C. §§ 3 and 4 have been satisfied. Therefore, Caddell's motion is GRANTED, and this action shall be stayed pending the completion of binding arbitration. The parties are directed to submit a status report regarding the arbitration proceedings no later than ninety days from the filing of this order, and every ninety days thereafter until the arbitration proceedings are concluded.

SO ORDERED this 9th day of February, 2022.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE